SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
JAMES P. MARTIN (Bar #170044)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Email:  rward@sflaw.com; jmartin@sflaw.com; skatz@sflaw.com

Attorneys for Plaintiff
E&E Co., Ltd., d/b/a JLA Home

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E CO., LTD., d/b/a JLA HOME, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMETEL COMMUNICATIONS, INC., a Delaware corporation, NATIONAL A-1 ADVERTISING, INC., a Delaware corporation, and DOES 1 - 10,<br><br>Defendants. | Case No.  C06-06948<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** AND ORDER<br><br>Judge:            Hon. Phyllis J. Hamilton<br>Trial Date:      Not Yet Set<br>Complaint Filed:  November 7, 2006 |

YOU WILL PLEASE TAKE NOTICE that this action is hereby voluntarily dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED:  February 5, 2007            SHARTSIS FRIESE LLP

2/6/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

By: */s/ Simone M. Katz*
            SIMONE M. KATZ

Attorneys for Plaintiff
E&E CO., LTD., D/B/A JLA HOME

6197\004\NBIGLEY\1414884.1

- 1 -

Case No.  C06-06948       NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE